No. 71–6211.   COOK *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 71–6213.   JONES *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 71–6214.   GARNER *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 71–6215.   HOWELLS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–6216.   MOORE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 71–6218.   FRAME *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–6220.   BURKE *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 71–6221.   ETHRIDGE *v.* HENDERSON, WARDEN. C. A. 5th Cir.   Certiorari denied.

No. 71–6222.   ADAMS ET UX. *v.* AKRON METROPOLITAN HOUSING AUTHORITY.   Sup. Ct. Ohio.   Certiorari denied.

No. 71–6228.   HAMILTON ET AL. *v.* UNITED STATES. C. A. 8th Cir.   Certiorari denied.

No. 71–6229.   STEWART *v.* BETO, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 71–6230.   LINDSEY *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 71–6231.   HEIGL *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.